**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

IN RE: Joshua A Fox
______Tracey Kimberly Fox_________________, CASE NO. 3:26-bk-31628-SHB

Chapter 13

Debtor(s).

**NOTICE OF WITHDRAWAL OF CLAIM #1**

I, Colm Doyle, a representative of Knoxville TVA Employees Credit Union, hereby withdraw Claim #1, filed August 14, 2026.

Colm Doyle

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the **Notice of Withdraw of Claim #1** has been served upon the following individuals electronically (ECF):

** Joseph David McReynolds, (**ECF)**
Clark & Washington PC
408 S Northshore Drive
Knoxville TN 37919 **

** Debra L Miller (**ECF)**
PO Box 59030
Knoxville TN*

This the _14th_ day of August 2026.

s/___________________